# IN THE DISTRICT COURT OF THE UNITED STATES

# for the Western District of New York

------

OCTOBER 2019 GRAND JURY
(Impaneled 10/18/2019)

| | |
|---|---|
| THE UNITED STATES OF AMERICA | INDICTMENT |
| -vs- | |
| **DEYANNA DAVIS** (Count 1), **SEMAJ PIGRAM** (Count 2), and **WALTER STEWART** (Count 3) | **Violations:** Title 18, United States Code, Sections 922(g)(1) and 2 (3 Counts and Forfeiture Allegation) |

## COUNT 1

**(Felon in Possession of a Firearm)**

The Grand Jury Charges That:

On or about June 1, 2020, in the Western District of New York, the defendant, **DEYANNA DAVIS**, knowing that she had previously been convicted on or about March 15, 2010, in County Court, Erie County, New York, of a crime punishable by imprisonment for a term exceeding one year, unlawfully did knowingly possess, in and affecting commerce, a firearm, namely, a Smith and Wesson, model SDVP, semi-automatic 9mm handgun, bearing serial number FYR4197.

All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

## COUNT 2

**(Felon in Possession of a Firearm)**

**The Grand Jury Further Charges That:**

On or about June 1, 2020, in the Western District of New York, the defendant, **SEMAJ PIGRAM**, knowing that he had previously been convicted on or about June 2, 2016, in County Court, Erie County, New York, of a crime punishable by imprisonment for a term exceeding one year, unlawfully did knowingly possess, in and affecting commerce, a firearm, namely, a Smith and Wesson, model SDVP, semi-automatic 9mm handgun, bearing serial number FYR4197.

**All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.**

## COUNT 3

**(Felon in Possession of a Firearm)**

**The Grand Jury Further Charges That:**

On or about June 1, 2020, in the Western District of New York, the defendant, **WALTER STEWART**, knowing that he had previously been convicted on or about July 24, 2012, in County Court, Erie County, New York, of a crime punishable by imprisonment for a term exceeding one year, unlawfully did knowingly possess, in and affecting commerce, a firearm, namely, a Smith and Wesson, model SDVP, semi-automatic 9mm handgun, bearing serial number FYR4197.

**All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.**

# FORFEITURE ALLEGATION

### (Firearm)

### The Grand Jury Alleges That:

Upon convictions under Counts 1, 2, or 3 of this Indictment, the defendants, **DEYANNA DAVIS**, **SEMAJ PIGRAM**, and **WALTER STEWART**, shall forfeit his/her right, title, and interest to the United States of any firearm and ammunition involved or used in the commission of the offense, or found in the possession or under his/her immediate control at the time of arrest, including, but not limited to:

a.  a Smith and Wesson, model SDVP, semi-automatic 9mm handgun, bearing serial number FYR4197

**All pursuant to Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED: Buffalo, New York, June 4, 2020.

                JAMES P. KENNEDY, JR.
                United States Attorney

BY:   S/SETH T. MOLISANI
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        716/843-5881
        Seth.Molisani@usdoj.gov

A TRUE BILL:

S/FOREPERSON