**Ayanna Gibson <aycgibson125@gmail.com>**     10:48 AM (23 minutes ago)

To Mr., S Davis
Hello, I am, finally able to sit down to send this to you...
When Deyanna was 19 years old, there was an incident with her and a former friend over jealousy. the former friend stole jewelry, and Deyanna took it back.

In 2013 she was 23 years old; she tried to protect family and stupidly wrote things on face book.

The Cheektowaga mis.... was attempted petit larceny...because she was eating stuff while she was shopping at Tops and she should have paid for it first...

Anything else u need please call me.

One other issue I had was her idle time of no job for 14 years

In 2012 Deyanna was in a 5 year long abusive relationship which resulted in her entering a domestic violence program.
She has a 1,2,3 and 10 year old....the program she or was in is a domestic violence program and they aren't allowed to work...it's through family violence and they pay her rent and bills....however during this time she has completed her GED , her cosmetology programs and did her state board...her Associates degree and is currently enrolled and finishing her Bachelor's degree in Business this month..
She also has an online clothing and accessories store named... Eye Kandy which is also posted and advertised on Facebook so you can take a look....she also has a hair salon page where she has regular clients...so she is employed. But itself employed where she has filed taxes every year doing so....

I'm also concerned as to her treatment in the holding center as you know I had to call the commissioner,  internal affairs and the Sheriff's because they wouldn't allow her to all home, and they tried to remove her staples at the facility....they and to take her to the hospital today because he messed her up and she's not healing properly...to leave there with no pain meds right after being shot is cruel and unusual punishment...the office today is mocking her on how poorly she is walking now...they have her isolated on psychiatric ward....this needs to be addressed...if she is there for protection fine but why would she being seeing forensics if that's the case...so like I said anything else u may need feel free to ask ..I thank you for your help