UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

    v.

DEYANNA DAVIS,

       Defendant.
_____

20-CR-79

## **ORDER TEMPORARILY STAYING RELEASE**

WHEREAS on June 26, 2020, the Honorable Jeremiah J. McCarthy, United States Magistrate Judge for the Western District of New York, issued an order setting conditions of release for defendant DEYANNA DAVIS;

AND WHEREAS on June 30, 2020, the United States filed a motion, pursuant to 18 U.S.C. § 3145(a)(1), seeking revocation and a stay of the order setting conditions of release issued by Magistrate Judge McCarthy on June 26, 2020; it is hereby

**ORDERED** that the order setting conditions of release issued by Magistrate Judge McCarthy on June 26, 2020, is temporarily **STAYED**; and it is further

**ORDERED** that the defendant shall file her response to the instant motion by July 3, 2020, and the government shall file its reply, if any, by 5:00 p.m., on July 6, 2020; and it is further

**ORDERED** that oral argument will be held at 11:00 a.m., on Tuesday, July 7, 2020, via Zoom for Government video conference; and it is further

**ORDERED** that this STAY will expire at 5:00 p.m., on Tuesday, July 7, 2020, unless a further order of this Court extends the stay.

**SO ORDERED.**

DATED: June 30, 2020
          Buffalo, New York

                                      *s/Lawrence J. Vilardo*
                                      LAWRENCE J. VILARDO
                                      UNITED STATES DISTRICT JUDGE